UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

MANUEL E. RIVAS,

    Plaintiff,

v.

PFG OF MINNESOTA, INC. d/b/a PINNACLE FINANCIAL
GROUP INCORPORATED, APPLIED BANK and
JOHN DOES 1-3,

    Defendants.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant, PFG OF MINNESOTA, INC. d/b/a PINNACLE FINANCIAL GROUP INCORPORATED placed telephone calls into this District on behalf of APPLIED BANK and at the direction of JOHN DOES 1-3.

## PARTIES

1

3. Plaintiff, MANUEL E. RIVAS, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Miami – Dade County, Florida.

4. Defendant, PFG OF MINNESOTA, INC. d/b/a PINNACLE FINANCIAL GROUP INCORPORATED ("PINNACLE"), is a corporation and citizen of the State of Minnesota with its principal place of business at Suite 310, 7825 Washington Avenue South, Minneapolis, Minnesota, 55439.

5. Defendant, APPLIED BANK ("APPLIED"), is a corporation and citizen of the state of Delaware with its principal place of business at 601 Delaware Avenue, Wilmington, Delaware.

6. Because APPLIED is the creditor on whose behalf PINNACLE placed the calls, it is jointly and severally liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

7. Defendants, JOHN DOES 1-3, are employees and officers and agents of PINNACLE. JOHN DOES 1-3 established the policies of or carried out the

practices of PINNACLE regarding the TCPA or authorized those policies and practices complained of herein.

8. Pursuant to 47 U.S.C. § 217, an officer, agent, or employee may be held liable for violation of the TCPA:

> [T]he act, omission, or failure of any officer, agent, or other person acting for or employed by any common carrier or user, acting within the scope of his employment, shall in every case be also deemed to be the act, omission, or failure of such carrier or user as well as of that person.

47 U.S.C. § 217

## FACTUAL ALLEGATIONS

9. On or about November 11, 2008 Defendant, PINNACLE, sent a letter to Plaintiff representing that the creditor on whose behalf it was collecting a debt allegedly due Plaintiff was APPLIED.

10. On or about the following date, Defendant, PINNACLE, or others acting at its request, on behalf of APPLIED, used an automatic telephone dialing system and or a pre-recorded or artificial voice to place calls to Plaintiff's cellular telephone number seeking to collect an alleged debt:

> **December 10, 2008 - Pre-recorded Message**
> This is a message for Manuel E. Rivas. If you are not Manuel E. Rivas, please hang up, disconnect or delete this message. If you are Manuel E. Rivas, please continue to listen to this message. By continuing to listen to this message, you have acknowledged that you are Manuel E. Rivas. This is Shawn from Pinnacle Financial Group. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that

purpose. Please contact me about an important business matter at 877-796-2561.

11. Defendant, PINNACLE, or others acting at its request, on behalf of APPLIED, left similar or identical messages on other occasions using an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

12. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

13. Defendants willfully or knowingly violated the TCPA.

### COUNT I
### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING PFG OF MINNESOTA, INC. d/b/a PINNACLE FINANCIAL GROUP INCORPORATED AND APPLIED BANK

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant, PINNACLE, or others acting at its request, on behalf of APPLIED, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, PFG OF MINNESOTA, INC. d/b/a PINNACLE FINANCIAL GROUP INCORPORATED and APPLIED BANK:

    a. Damages;

    b.    a declaration that Defendants calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING JOHN DOES 1-3

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant, JOHN DOES 1-3, established the policies of or carried out the practices complained of herein regarding the TCPA or authorized those policies and practices that caused the placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant JOHN DOES 1-3 for:

    a.    Damages;

    b.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        don@donyarbrough.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658