UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-24355-CIV-GOLD/GOODMAN

MANUEL E. RIVAS,

    Plaintiff,

v.

PFG OF MINNESOTA, INC. d/b/a PINNACLE
FINANCIAL GROUP INCORPORATED,
APPLIED BANK and JOHN DOES 1-3,

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Rachel A. Morris, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Sessions, Fishman, Nathan & Israel, LLC |
| Fort Lauderdale, Florida  33339 | Suite 195 |
| Telephone: 954-537-2000 | 3350 Buschwood Park Drive |
| Facsimile: 954-566-2235 | Tampa, FL 33618 |
| | Telephone: 813-890-2469 |
| | Facsimile: 866-466-3140 |

By:  /s/ Donald A. Yarbrough        By: /s/ Rachel A. Morris
Donald A. Yarbrough, Esq.          Rachel A. Morris, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-24355-CIV-GOLD/GOODMAN

MANUEL E. RIVAS,

    Plaintiff,

v.

PFG OF MINNESOTA, INC. d/b/a PINNACLE
FINANCIAL GROUP INCORPORATED,
APPLIED BANK and JOHN DOES 1-3,

    Defendants,
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Rachel A. Morris
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2469
Facsimile: 866-466-3140

Via Notices of Electronic Filing generated by CM/ECF